```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MUSAFIRI G. KABENGA,

                       Petitioner,                       14 **CIVIL** 9084 (SAS)

       -against-                                        **JUDGMENT**

ERIC H. HOLDER, Jr., et al.,
                      Respondents.
------------------------------------------------------------X

On January 2, 2015, this Court having ruled that it has jurisdiction to entertain Musafiri Kabenga's petition for a Writ of Habeas Corpus, and the matter having come before, Honorable Shira A. Scheindlin, United States District Judge, and the Court, on February 19, 2015, having rendered its Opinion and Order granting Kabenga's petition for a writ of habeas corpus, ordering the Government to provide Kabenga with a hearing — within thirty days — in accordance with section 1229a of the INA and the Due Process Clause of the United States Constitution, and directing the Clerk of the Court to close this case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 19, 2015, Kabenga's petition for a writ of habeas corpus is granted; the Government is ordered to provide Kabenga with a hearing — within thirty days — in accordance with section 1229a of the INA and the Due process Clause of the United States Constitution; accordingly, the case closed.

**DATED:** New York, New York
             February 23, 2015

                                                            RUBY J. KRAJICK
                                                                     Clerk of Court
                                                     BY:
                                                                         Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____